

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2014

No. 04-14-00163-CV

**AAA FREE MOVE MINISTORAGE L.L.C.,**
Appellant

v.

**BRIGHAM LIVING TRUST**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01363
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The appellant's Motion for Extension of Time to File to Reply Brief is GRANTED. The appellant's reply brief is due November 13, 2014. No further extensions of time will be granted.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court